1 | Peter R. Afrasiabi (Bar No. 193336)
  | pafrasiabi@onellp.com
2 | **ONE LLP**
  | 23 Corporate Plaza, Suite 150-105
3 | Newport Beach, CA 92660
  | Telephone:  (949) 502-2870
4 | Facsimile:   (949) 258-5081

5 | Joanna Ardalan (Bar No. 285384)
  | jardalan@onellp.com
6 | **ONE LLP**
  | 9301 Wilshire Boulevard
7 | Penthouse Suite
  | Beverly Hills, CA 90210
8 | Telephone:  (310) 866-5157
  | Facsimile:   (310) 943-2085

9 |
10 | Attorneys for Plaintiffs
   | Backgrid USA, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| BACKGRID USA, INC., a California corporation; | Case No.: 2:21-cv-00921 AB (RAOx) |
|---|---|
| Plaintiffs, | Hon. Andre Birotte Jr. |
| v. | **JOINT STIPULATION TO CONTINUE THE MEDIATION COMPLETION DEADLINE** |
| LA FASHION WEEK, LLC. a California limited liability company; ARTHUR CHIPMAN, an individual; and DOES 1-10, inclusive, | |
| Defendants. | **[PROPOSED ORDER FILED CONCURRENTLY HEREWITH]** |

**STIPULATION TO EXTEND MEDIATION COMPLETION DEADLINE**

1      WHEREAS, the parties to the above-captioned matter have agreed to mediation through ADR Services before mediator Gail Title;

     WHEREAS, the Court had previously set a mediation cutoff date of February 21, 2022;

     WHEREAS, Ms. Title was unavailable prior to February 21, 2022. The first available date for mediation for all parties is March 29, 2022; and

     WHEREAS, completing the mediation on March 29, 2022, will not affect the trial date, any pre-trial deadline, or the preparations of the parties for trial;

     The Parties request that the Court continue the mediation cutoff date of February 21, 2022, to March 30, 2022.

Dated: February 9, 2022      **ONE LLP**

By: /s/ Joanna Ardalan
      Joanna Ardalan
      Peter R. Afrasiabi

      Attorneys for Plaintiff
      Backgrid USA, Inc.

Dated: February 9, 2022      **ADLI LAW GROUP**

By: */s/ Jonathan Landis*
      Jonathan Landis
      Dr. Dariush G. Adli

      *Attorney for Defendant,*
      LA Fashion Week, LLC

## **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)**

Pursuant to Local Rule 5-4.3.4(2)(i), I, Joanna Ardalan attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: */s/ Joanna Ardalan*
      Joanna Ardalan

**STIPULATION TO EXTEND MEDIATION COMPLETION DEADLINE**