Dariush G. Adli, SBN 204959
adli@adlilaw.com
ADLI LAW GROUP, P.C.
12400 Wilshire Blvd., Suite 1460
Los Angeles, California 90017
Telephone: (213) 623-6546
Facsimile: (213) 623-6554

Attorney for Defendants
LA FASHION WEEK, LLC and
ARTHUR CHIPMAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LA FASHION WEEK, LLC. a California limited liability company; ARTHUR CHIPMAN, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00921-AB-RAO<br><br>Honorable Andre J. Birotte Jr.<br><br>**NOTICE OF SETTLEMENT** |

NOTICE OF SETTLEMENT

TO THE COURT AND PETITIONER WILLIAM J. WALLACE AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that this entire case has been settled. A stipulated judgment will be filed within forty-five (45) days after the date of settlement. Petitioner Backgrid, LA Fashion Week, LLC and Arthur Chipman request that the Pretrial Conference now set for the Final Pre-Trial Conference is placed on the Courts calendar for Novermber 21, 2022 at 10:00 a.m. in Courtroom No. 9B in the U. S. Courthouse on First Street, be taken off calendar and that an Order to Show cause re Settlement be scheduled sixty (60) days from today's date.

ADLI LAW GROUP, P.C.

Dated: August 29, 2022          By: _____
                                   Dariush G. Adli
                                   *Attorneys for Defendants*
                                   LA FASHION WEEK, LLC and ARTHUR CHIPMAN

---

1

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2022, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicted as non-registered participants.

**Dated: August 29. 2022**               */s/ Randi Simonette*